# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**ARACELIS ROMAN-GARCIA,**

**Plaintiff,**

**v.**                                       **CIVIL NO. 16-1842 (GAG)**

**SELECTOS GURABO, INC., ET AL.,**

**Defendants.**

## JUDGMENT

Pursuant to the parties' joint stipulation of dismissal (Docket No. 10) and Fed. R. Civ. P. 41(a)(1)(A)(ii), **JUDGMENT** is hereby entered **DISMISSING with prejudice** all claims against Defendants.

**SO ORDERED.**

In San Juan, Puerto Rico this 21st day of June, 2016.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge